JS - 6

**FILED: 12/14/12**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD EDWARD SHEPARD ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> COUNTY OF LOS ANGELES, et al ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. CV 11-3165 GHK (JCG x) <br><br> **ORDER OF DISMISSAL** |

The parties having gone for *settlement conference* before Judge Gandhi, and the Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **thirty (30) days**, to reopen the action if settlement is not consummated.

Dated:   12/14/12

GEORGE H. KING
Chief United States District Judge