JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| HAROLD EDWARD SHEPARD,<br><br>               Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a municipal corporation; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; LEE BACA, individually and in his capacity as Sheriff of the Los Angeles County Sheriff's Department; JOHN E. YOUNG, individually and in his capacity as Deputy Sheriff of the Los Angeles County Sheriff's Department; and DOES 1 through 50, inclusive,<br><br>               Defendants. | Case No. CV 11-03165 GHK (JCGx)<br><br>*[Assigned to the Hon. George H. King, Courtroom 650]*<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF HAROLD EDWARD SHEPARD PURSUANT TO FED. R. CIVL. P. RULE 68** |

1

WHEREAS, on March 28, 2013, pursuant to Federal Rules of Civil Procedure, Rule 68, Defendants made an Offer that Judgment be entered in favor of Plaintiff HAROLD EDWARD SHEPARD as follows:

In favor of Plaintiff HAROLD EDWARD SHEPARD and against Defendants COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, LEE BACA and JOHN E. YOUNG, in the sum of one hundred thousand dollars ($100,000), inclusive of all costs and fees available under all local, state or federal statutes accrued through and to the date of Plaintiff's acceptance of this offer.

WHEREAS, on  April 11, 2013 Plaintiff HAROLD EDWARD SHEPARD served an Acceptance of Offer of Judgment by Defendants COUNTY OF LOS ANGELES, LOS ANGELES SHERIFF'S DEPARTMENT, LEE BACA and JOHN E. YOUNG's counsel Rickey Ivie, IVIE, MCNEILL & WYATT.

**NOW,  IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

That Plaintiff HAROLD EDWARD SHEPARD shall take Judgment against Defendants COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, LEE BACA and JOHN E. YOUNG, in the sum of one hundred thousand dollars ($100,000), inclusive of all costs and fees available

2

under all local, state or federal statutes accrued through and to the date of Plaintiff's acceptance of this offer.

DATED:     April 17, 2013

Honorable George H. King,
United States District Court Judge